# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN F. NELSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SORRENTO TOWER APARTMENTS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:21-cv-01554-RBM-JLB<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS**<br><br>[Doc. 28] |

The Court **VACATES** the hearing on the Motion to Dismiss (Doc. 28) set for **May 16, 2022 at 1:30 p.m.** At this time, there will be no oral argument, and the Court takes the matter under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATE: May 5, 2022

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE