1
2
3
4

Warren F. Nelson
2121 Minnehaha Ave. Apt 1205
Minneapolis, MN 55404
612-441-7335
warrennelsonjr@hotmail.com
*Pro Se*

5

6

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

| Warren Fred Nelson, <br><br> Plaintiff, <br><br> V. <br><br> Sorrento Tower Apartments, et al. <br> Sorrento Tower Development, LLC dba <br> Sorrento Tower Housing Partners LP, <br><br> Defendant. | **Case No. 3:21-CV-01554 RBM/JLB** <br><br> **PLAINTIFF REQUEST THE COURT TO RULE ON DEFENDANTS' 12(b)(6)** <br><br> **HEARING IS NOT REQUESTED** |
|---|---|

15

16

17

**Come now, Plaintiff humbly request and moves this Honorable Court to rule on Motions and briefs submitted by both parties concerning Defendants' 12(b)(6).**

18

## BACKGROUND

19

20

21

22

23

24

25

On 04/15/2022, Dkt. No. 28, Defendants filed a Motion to Dismiss pursuant to FRCP 12(b)(6). On 04/28/2022, Dkt. No. 32, Plaintiff filed a respond motion in opposition to Dkt. No. 28. On 04/29/2022, Dkt. No. 35, Plaintiff filed an Ex parte for Sanctions for evidence tampering. On 05/05/2022, Dkt. No. 36, the Court vacated the hearing on motion to dismiss. On 05/09/2022, Dkt. No. 37, Defendants filed a reply to Plaintiff's response motion. On 05/16/2022, Dkt. No. 38, Plaintiff moved the Court to strike Defendants reply Dkt. No. 37 pursuant to 12(f).

26

## ARGUMENT

27

28

Your Honor, Plaintiff feels that this case has stalled due to calculated delay tactics and other unethical doings. Concerning the evidence tampering alleged, Plaintiff is

1 | prepared to produce a forensic expert at trial to show the Jury Defendants Exhibit A is a

2 | forgery doctored document. The longer this case is delayed from going forward, the

3 | evidence needed to prove Plaintiff's case will be loss. Further delays are prejudicial to

4 | Plaintiff's ability to obtain evidence to prove this case. At this point I see no reason why

5 | FRCP 16, and 26(f) rule can't move forward. Is it the Court's intention to dismiss

6 | Plaintiff's case based on hearsay doctored evidence produced by Defendants or based on

7 | factual production of legal documents; depositions; expert witnesses; interrogatories;

8 | admissions; and any other relevant facts of matter? The alleged criminal side of hacking

9 | and tampering with evidence is a separate matter and should not be the basis for further

10 | delays in this civil action. It's going on thirty days, your Honor. The longer this case is

11 | stalled; the more difficult it becomes for Plaintiff to obtain the evidence needed to prove

12 | this case.  I ask this Honorable Court with sincere respect to put Plaintiff's case back on

13 | schedule to achieve resolution in this matter whichever way the Court decides.

Respectfully Submitted,

Date: June 13, 2022          s/b: Warren F. Nelson
                             Warren Fred Nelson
                             2121 Minnehaha Ave. # 1205
                             Minneapolis, MN 55404
                             Email: warrennelsonjr@hotmail.com
                             *Pro Se*

**2** of **2**

21-CV-1554 RBM/JLB