1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11   WARREN F. NELSON,                                  Case No.:  3:21-cv-01554-RBM-JLB

12                                    Plaintiff,

13   v.                                                **ORDER DENYING PLAINTIFF'S**
                                                       **MOTION FOR WAIVER OF PACER**
14   SORRENTO TOWER APARTMENTS,                        **FEES AND SUPPORTING**
     et al.,                                           **AFFIDAVIT**
15

16                                    Defendants.

                                                       **[Docs. 47, 48]**
17

18        On December 4, 2022, Plaintiff filed a Motion for Waiver of Pacer Fees (Doc. 47)

19   and a supporting affidavit (Doc. 48).  Plaintiff states that he has a balance of $73.80 in

20   PACER fees and requests the Court waive the current balance of PACER fees as well as

21   all future PACER fees.  (Doc. 47 at 1–2.)  The PACER System acts as a portal to

22   information stored on the Court's Case Management/Electronic Case Files ("CM/ECF")

23   system. [1]  Through CM/ECF, all parties and attorneys of record receive one free electronic

24   copy of all documents filed electronically.  In light of this procedure, Plaintiff has not

25   justified the waiver of PACER fees.  *See Katumbusi v. Gary*, No. 2:14-CV-1534 JAM AC,

26   _____

27

28   [1] CM/ECF is the Court's case management systems that maintains the electronic files in
     each case and offers electronic filing over the Internet.

1

1   2014 WL 5698816, at *4 (E.D. Cal. Oct. 30, 2014) ("[e]xemptions from PACER user fees

2   are uncommon" and "[i]n forma pauperis status alone does not support a request to waive

3   PACER fees").  To date, Plaintiff should have received a copy of every order issued in this

4   matter.  The Court finds that a waiver of PACER fees is neither appropriate nor warranted

5   at this time.  Therefore, Plaintiff's Motion for Waiver of PACER fees is **DENIED**.

6        **IT IS SO ORDERED.**

7   DATE:  April 24, 2023

8   _____

9   HON. RUTH BERMUDEZ MONTENEGRO
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28